478 A.2d 101

Kindquist v. Samero, Appellant.

Petition for Allowance of Appeal
Denied Nov. 12, 1984.

Argued March 22, 1984. Arsen Kashkashian, Jr., for appellant; Gerry Woods, for appellees.

Before BECK, TAMILIA and HOFFMAN, JJ.

Reversed and remanded. Jurisdiction relinquished.

BECK, J., concurred in the result.